Form G5 (20200113_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )   Case Number: 22-02159
ROBERT C. TULO  )
  )   Chapter: 13
  )
  )   Honorable Jacqueline Cox
  )   SELECT IF OUTLYING AREA
Debtor(s)  )

## AGREED ORDER EXTENDING THE AUTOMATIC STAY AS TO DEUTSCHE BANK NATIONAL TRUST COMPANY

THIS MATTER COMING to be heard on the Motion of the Debtor to extend the Automatic Stay, Creditor, Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Home Equity Loan Trust 2005-2, Mortgage Pass-Through Certificates, Series 2005-2, its agents and assigns ( hereinafter referred to as Deutsche Bank National Trust Company ) objecting to same however the parties are in agreement with the below terms ;

IT IS HEREBY ORDERED THAT the Automatic Stay is extended as to Deutsche Bank National Trust Company shall remain in effect conditioned upon a further Order of Court and/or the following:

1. Should Debtor become delinquent the equivalent of two post-petition mortgage payments, beginning with the March 1, 2022 payment, or two plan payments, Deutsche Bank National Trust Company may file and serve on Debtor, his Counsel, and the Trustee a Notice of Default. Debtor shall have fourteen (14) days from the date of filing and mailing of said Notice within which to cure the existing default set forth in such Notice.

3. If the Debtor fails to make such cure, then on the fifteenth (15th) day after filing and mailing of said Notice, the Automatic Stay in this cause shall be modified for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Home Equity Loan Trust 2005-2, Mortgage Pass-Through Certificates, Series 2005-2 to proceed with the foreclosure of the subject property commonly known as 1300 BORDEN DR, ELGIN, IL 60120, pursuant to Illinois Law, without further Order of Court or proceeding being needed, upon the filing of a Notice of Modification with the Court.

4. That in the event a Notice of Default is appropriately issued pursuant to the terms set forth above, the Debtor shall pay an additional $150.00 as attorney fees for and tender same along with the default cure alleged therein in order to fully satisfy the Notice.

5. The Proof of Claim heretofore submitted by this Creditor shall stand unaffected and payments made thereunder shall be paid to this Creditor unless a Notice of Modification is filed with the Court.

/s/ Michelle Mandroiu Esq.
Counsel for ROBERT C. TULO

/s/ Timothy R. Yueill, Esq
Counsel for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Home Equity Loan Trust 2005-2, Mortgage Pass-Through Certificates, Series 2005-2

Enter:

*Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: 3-21-22

**Prepared by:**
Ira T. Nevel
Timothy R. Yueill
Greg Elsnic
Aaron Nevel
175 North Franklin St. Suite 201
Chicago, Illinois 60606
(312) 357-1125
Pleadings@nevellaw.com